HEATHER E. WILLIAMS, #122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JORGE SAUL GUZMAN-SOTO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:15-cr-000116 LJO-SKO |
| *Plaintiff,* | ) ) ) | STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA TO SEPTEMBER 21, 2015 |
| v. | ) ) ) | |
| JORGE SAUL GUMAN-SOTO, | ) ) | DATE:      September 21, 2015
TIME:       8:30 a.m. |
| *Defendant.* | ) ) | JUDGE:    Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the change of plea hearing currently scheduled for August 17, 2015, **be continued to September 21, 2015 at 8:00 a.m. before the Hon. Lawrence J. O'Neill.**

This stipulation is necessary to permit defense time to investigate a matter that just recently came to its attention. The requested continuance will conserve time and resources for both parties and the court.

The parties agree that any delay resulting from this request shall be excluded in the interests of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

//

//

|     |     |     |     |
| --- | --- | --- | --- |
|     |     |     | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: August 13, 2015 |     | By  | */s/ Kimberly A. Sanchez*<br>KIMBERLY A. SANCHEZ<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|     |     |     | HEATHER E. WILLIAMS<br>FEDERAL DEFENDER |
| DATED: August 13, 2015 |     | By  | */s/ Victor M. Chavez*<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorneys for Defendant<br>JORGE SAUL GUZMAN-SOTO |

### ORDER

The change of plea hearing currently scheduled for August 17, 2015 is continued to September 21, 2015 at 8:30 a.m. The delay resulting from this request shall be excluded in the interests of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated: **August 13, 2015**         */s/ Lawrence J. O'Neill*
                                      UNITED STATES DISTRICT JUDGE