| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | VICTOR M. CHAVEZ, Bar #113752 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant |
| | JORGE SAUL GUZMAN-SOTO |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:15-cr-000116 LJO-SKO |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE CHANGE OF |
| v. | ) | PLEA TO OCTOBER 26, 2015 |
| | ) | |
| | ) | |
| JORGE SAUL GUMAN-SOTO, | ) | DATE:   October 26, 2015 |
| | ) | TIME:   8:30 a.m. |
| Defendant. | ) | JUDGE:  Hon. Lawrence J. O'Neill |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the change of plea hearing currently scheduled for September 21, 2015, **be continued to October 26, 2015 at 8:30 a.m. before the Hon. Lawrence J. O'Neill.**

Defense needs additional time to complete investigation in Idaho. The requested continuance will conserve time and resources for both parties and the court.

The parties agree that any delay resulting from this request shall be excluded in the interests of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

//

//

//

|  |  |  |
|---|---|---|
|  | | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: September 17, 2015 | By | */s/ Kimberly A. Sanchez*<br>KIMBERLY A. SANCHEZ<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | | HEATHER E. WILLIAMS<br>FEDERAL DEFENDER |
| DATED: September 17, 2015 | By | */s/ Victor M. Chavez*<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorneys for Defendant<br>JORGE SAUL GUZMAN-SOTO |

## ORDER

The change of plea hearing currently scheduled for September 21, 2015 is continued to October 26, 2015 at 8:30 a.m.  The delay resulting from this request shall be excluded in the interests of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

   Dated:   **September 17, 2015**          /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE